# Court of Appeals
# of the State of Georgia

ATLANTA,___April 01, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1283. EAST COAST HOTEL PARTNERS, LLC. v. EMMANUEL ABUA.**

East Coast Hotel Partners, LLC, filed this direct appeal from a judgment entered by the magistrate court. We lack jurisdiction for two reasons.

First, "[t]he only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751 (406 SE2d 225) (1991). This Court may only address magistrate court matters that already have been reviewed by the state or superior court. See id.; *Westwind Corp. v. Washington Federal Savings & Loan Assn.*, 195 Ga. App. 411 (1) (393 SE2d 479) (1990).

Second, the notice of appeal is untimely. An appeal must be filed within 30 days after the entry of an appealable judgment. See OCGA § 5-6-38 (a) and OCGA § 5-6-35 (d). The magistrate court's order was entered on April 9, 2012, but the notice of appeal was not filed until 43 days later, on May 22, 2012. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).

For these reasons, we lack jurisdiction to review this appeal. Accordingly, it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 04/01/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*